THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KLIGERMAN, JAMES CUMMINGS, DOMINICK ACCOBACCO and JOHN SHARPE, Appellants.— Judgments affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J. dissents and votes to reverse and grant a new trial on the ground that it was error to instruct the jury that as a matter of law the witnesses Arnold and Kivowitz were not accomplices of the defendants; Martin, P. J. taking no part.

In the Matter of the Accounting of BANK OF NEW YORK, as Trustee under the Will of CLEVELAND H. DODGE, Deceased. BANK OF NEW YORK, as Trustee, et al., Appellants-Respondents; JOSEPH V. McKEE, Individually, et al., Respondents-Appellants; JOSEPH V. McKEE, as Special Guardian for JOHN REA et al., Infants, et al,. Respondents; CLEVELAND E. DODGE et al., Appellants.— Decree, so far as appealed from, unanimously modified by fixing the allowance of the referee in the sum of $15,000, the allowance of the special guardian in the sum of $41,723.70, and the allowance of Harold G. Parker in the sum of $8,051.71, and as so modified affirmed. Order entered on or about November 12, 1941, unanimously affirmed. Order entered May 10, 1943, unanimously affirmed. No opinion. Settle order on notice. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of ANTHONY ESPOSITO, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— We find no provision of the Alcoholic Beverage Control Law which required the licensee to deliver wine which he had sold at retail to a purchaser's home. Consequently specifications 1 and 2 should not have been used by the State Liquor Authority as a basis of revocation. However, we are of the opinion that there is sufficient evidence in the record to sustain specifications numbered 3 and 4. In that respect the determination of the State Liquor Authority should be confirmed and the proceeding dismissed. Determination unanimously confirmed, with fifty dollars costs and disbursements and the proceeding dismissed. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

MARION H. WELLS, Judgment Creditor, Appellant, v. PAUL M. HOLLISTER, Judgment Debtor, Respondent.— Order, so far as appealed from, affirmed, without costs. No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.; Townley and Callahan, JJ., dissent and vote to modify by increasing the amount fixed to the sum of $500 per month.